UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FARMERS INSURANCE COMPANY OF WASHINGTON, as subrogee for Trevor and Andrea Nipges, and Trevor and Andrea Nipges, a marital community,<br><br>   Plaintiffs,<br> vs.<br><br>POLARIS INDUSTRIES, INC., a Minnesota corporation,<br><br>   Defendants. | No. 2:07-cv-02049-RSM<br><br>**STIPULATED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

Defendant Polaris Industries Inc. ("Polaris"), Plaintiff Farmers Insurance Company of Washington ("Farmers"), and Plaintiff's Trevor and Andreas Nipges ("Nipges") stipulate and move the Court as follows:

1. This case was originally filed with Farmers as the only plaintiff.

2. On September 24, 2008, Farmers and Polaris stipulated, and this Court ordered, to allow Nipges to intervene in the action and the case schedule was amended. The amendment moved the discovery and dispositive motion deadlines from November 17, 2008 to March 16,

Stipulated Motion and Order re: Discovery and Dispositive Motion Deadlines

Page - 1

Evezich Law Offices, P.L.L.C.
600 University St., Suite 2701
Seattle, WA  98101
Tel: 206-576-6900; Fax: 206-624-8241

2009.

3. The parties have tentatively scheduled mediation for April 22, 2009. To minimize travel of Polaris' counsel, and possibly a representative for the mediation, the depositions of experts are being scheduled for April 21, 2009.

5. The ADR deadline is April 30, 2009. A jury trial is set for June 22, 2009.

6. Additional travel considerations have resulted in depositions being planned in Phoenix and Minnesota (possibly by video) on March 23 and April 1, 2009, respectively.

7. The parties are cooperating in this matter; discovery is anticipated to be completed by the current discovery cut-off date with the exception of the depositions noted.

8. Accordingly, the parties move the Court to continue the discovery deadline from March 16, 2009 to April 22, 2009, and the dispositive motion deadline from March 16, 2009 to May 6, 2009.

Respectfully submitted this 11th day of March, 2009.

| EVEZICH LAW OFFICES, P.L.L.C. | BOWMAN AND BROOKE LLP |
|---|---|
| By   s/ Craig Evezich<br>    Craig Evezich, WSBA #20957<br>    craig@evezich.com<br>    Attorney for Plaintiff Farmers | By s/ Ryan L. Nilsen<br>   Ryan L. Nilsen, *pro hac vice*<br>   ryan.nilsen@bowmanandbrooke.com<br>   Attorney for Defendant Polaris<br>   Industries Inc. |
| | By s/ Joseph D. Bowen<br>   Joseph D. Bowen, WSBA #17631<br>   jdb@bownfirm.com<br>   Attorney for Plaintiff Nipges |

Stipulated Motion and Order re: Discovery and Dispositive Motion Deadlines

Page - 2

Evezich Law Offices, P.L.L.C.
600 University St., Suite 2701
Seattle, WA 98101
Tel: 206-576-6900; Fax: 206-624-8241

# **ORDER**

THIS MATTER having come before the Court on the above stipulated motion of the parties, the Court finds good cause to extend the discovery and dispositive motion deadlines. However, the parties' proposed extensions would provide the Court insufficient time to address any dispositive motions before the June 22, 2009, trial date. Accordingly, IT IS HEREBY ORDERED that the following case deadlines shall be continued as follows:

1. The discovery deadline, currently set for March 16, 2009, is continued to **April 1, 2009**.

2. The dispositive motion deadline, currently set for March 16, 2009, is continued to **April 1, 2009**.

All other deadlines shall remain the same. If the parties require additional time to complete discovery, the Court will consider a stipulation to a short continuance of the trial date.

Dated this 16th day of March, 2009

_____
Honorable John C. Coughenour
United States District Court Judge

Presented by:

BOWMAN AND BROOKE LLP

By s/ Ryan L. Nilsen
Ryan L. Nilsen, *pro hac vice*
ryan.nilsen@bowmanandbrooke.com
Attorney for Defendant Polaris Industries Inc.

Stipulated Motion and Order re: Discovery and Dispositive Motion Deadlines

Page - 3

Evezich Law Offices, P.L.L.C.
600 University St., Suite 2701
Seattle, WA 98101
Tel: 206-576-6900; Fax: 206-624-8241